UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher N. McFadgen**                    **Docket No. 5:11-CR-137-1BO**

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher N. McFadgen, who, upon an earlier plea of guilty to Possession With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on June 5, 2013, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

On November 5, 2015, Pursuant to Rule 35(b), the court ordered the defendant's sentence modified to 94 months.

Christopher N. McFadgen was released from custody on June 1, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is in agreement that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1.  The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.
/s/ Eddie J. Smith                        /s/ John Seth Coleman
Eddie J. Smith                            John Seth Coleman
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          150 Rowan Street Suite 110
                                          Fayetteville, NC 28301
                                          Phone: 910-354-2545
                                          Executed On: March 1, 2021

### ORDER OF THE COURT

Considered and ordered this _____ **1** _____ day of **March** _____, 2021, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge